In the Matter of PRINCE T. ALARAPE, Appellant, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents.

Submitted February 23, 2009; decided April 7, 2009

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

Chief Judge LIPPMAN taking no part.

In the Matter of THOMAS BELL, Appellant, v RICHARD A. BROWN, Respondent.

Decided April 7, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of WINFORD KENT BISHOP, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Decided April 7, 2009

Appeal, insofar as taken from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN taking no part.